941 F.2d 1200
 Devoren Stores, Inc.
v.
City of Philadelphia, Redevelopment Authority of City of
Philadelphia, Goode (Wilson W.), Tucker (Kevin M.), Williams
(Willie), Hazen (Robert G.), McLaughlin (Bernard J.), Guerra
(Robert J.), Unknown Employees and Officials of
Redevelopment Authority of City of Philadelphia, Unknown
Police Officers of City of Philadelphia, Unknown Employees
and Officials of City of Philadelphia
 NO. 91-1135
 United States Court of Appeals,
Third Circuit.
 JUL 16, 1991
 
 Appeal From: E.D.Pa.,
 Kelly, J.
 
 
 1
 AFFIRMED.